UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUIS SOSTRE**<br><br>**Plaintiff,**<br><br>v.<br><br>**JEFFERY ADVOCATE and HILLARY ROSENBERG,**<br><br>**Defendants.** | 05-CV-747 (WJM)<br><br><br>**LETTER ORDER** |

     Plaintiff initiated this matter against his former attorneys alleging "[l]egal malpractice and violation of my civil rights as a client and discrimination." (*See* Compl.)  In response, Defendants filed a motion for summary judgment to dismiss the action.

     Upon review of the parties' various submissions, the Court finds that no material issue of fact exists and that Defendants are entitled to summary judgment.  *See* Fed. R. Civ. P. 56.  First, this Court lacks jurisdiction over Plaintiff's legal malpractice claims because the parties are not diverse.  Second, Plaintiff cannot state any civil rights or discrimination claim against Defendants because they are clearly not state actors.  *See* 42 U.S.C. § 1983.  Third, as to all claims in this case, Plaintiff fails to raise any facts supporting a violation of federal or state law.  Accordingly,

     **IT IS** on this 6th day of February 2007, hereby

     **ORDERED** that Defendants' motion for summary judgment is **GRANTED**; and

     **IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED**.


                                                  s/William J. Martini

                                             **William J. Martini, U.S.D.J.**